■ In the Matter of LOUIS ATKIN, Respondent, v BOARD OF ASSESSORS OF TOWN OF GREECE et al., Appellants. (Appeal No. 3.) [855 NYS2d 410]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered April 18, 2007 in a proceeding pursuant to RPTL article 7. The order denied respondents' motion for leave to renew and awarded petitioner costs and disbursements pursuant to RPTL 722 (1).

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Smith, Peradotto, Pine and Gorski, JJ.